**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  10-cv-00164-REB-MJW

BEVERLEY BURKE,

     Plaintiff,

v.

CLEANING AND RESTORATION EXPERTS, INC., a Colorado corporation,

     Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion For Dismissal of Claims Against Cleaning and Restoration Experts, Inc. With Prejudice** [#17] filed June 21, 2010.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion For Dismissal of Claims Against Cleaning and Restoration Experts, Inc. With Prejudice** [#17] filed June 21, 2010, is **GRANTED**;

2.  That the Trial Preparation Conference set for January 21, 2011, is **VACATED**;

3.  That the jury trial set to commence February 7, 2011, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 21, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge